

**NUMBER 13-13-00126-CR**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

JULIAN HOMERO VEGA,                                                              Appellant,

v.

THE STATE OF TEXAS,                                                              Appellee.

**On appeal from the 332nd District Court
of Hidalgo County, Texas.**

## ORDER TO FILE APPELLATE BRIEF

**Before Chief Justice Valdez and Justices Rodriguez and Garza
Order Per Curiam**

This cause is before the Court on appellant's third motion for extension of time to file the brief. On August 12, 2013, the Court granted appellant's second motion for extension of time to file his brief, informed appellant that the Court expected him to file his brief by September 20, 2013, and informed appellant that no further extensions would be

considered in this matter. Appellant has nevertheless requested additional time to file the brief due to counsel's schedule.

The Court, having fully examined and considered appellant's third motion for extension of time to file the brief and the extensions previously granted in this cause, is of the opinion that, in the interest of justice, appellant's third motion for extension of time to file the brief should be granted with order. The Court, however, looks with disfavor upon the delay caused by counsel's failure to have filed a brief in this matter. Appellant's third motion for extension of time to file the brief is GRANTED, and the Honorable Victoria Guerra, counsel for appellant, is ORDERED to file the appellate brief with this Court on or before October 21, 2013. NO FURTHER EXTENSIONS WILL BE GRANTED IN THIS MATTER. If counsel fails to file the brief within the specified period of time, the Court will act appropriately to ensure that appellant's rights are protected. TEX. R. APP. P. 38.8(b)(4).

The Clerk of this Court is ORDERED to serve a copy of this order on the Honorable Victoria Guerra by certified mail, return receipt requested.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
14th day of October, 2013.

2